# United States District Court

EASTERN DISTRICT OF WISCONSIN

CHAD ZIEGLER,

       Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 07-C-475

PAM WALLACE,

       Respondent.

---

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that this petition is summarily DISMISSED pursuant to Rule 4 of the Rules Governing § 2254 Cases.


Approved:   s/ William C. Griesbach
                       WILLIAM C. GRIESBACH
                       United States District Judge

Dated: May 30, 2007.

                       JON W. SANFILIPPO
                       Clerk of Court


                       s/ Mary E. Conard
                       (By) Deputy Clerk